## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| MILES GILBRAN JOHNSON,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>DULUTH POLICE DEPARTMENT,<br>SUPERIOR POLICE DEPARTMENT,<br>SHANA HARRIS, SCOTT JENKINS,<br>MICHELLE LEAR, JEANINE PAULY,<br>ANN CLANCEY and MIKE JASCZAK,<br><br>　　　　　　　Defendants. | Civil No. 06-3185 (JRT/JJG)<br><br>**ORDER** |

Miles Gilbran Johnson, St. Louis County Jail, 4334 Haines Road, Duluth, Minnesota 55811, plaintiff *pro se*.

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE.**

DATED: January 12, 2007　　　　　　　　　　　s/John R. Tunheim
at Minneapolis, Minnesota.　　　　　　　　　　JOHN R. TUNHEIM
　　　　　　　　　　　　　　　　　　　　　United States District Judge